UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



THOMAS J. SMITH                                             PLAINTIFF

VS.                              CIVIL ACTION NO. 3:09cv349-~~DPJ-JCS~~ HTW-LRA

ROBERT W. CERDA, ET AL.                             DEFENDANTS

## ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455 (2000). It has come to the Court's attention that the undersigned's former law firm represents the Defendants Robert W. Cerda and Crop Insurance Systems, Inc.. Therefore, it is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersigned recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

**SO ORDERED AND ADJUDGED** this the 31th day of July, 2009.

                                            *s/ Daniel P. Jordan III*
                                            UNITED STATES DISTRICT JUDGE